UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| ROBERT CASTLE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 23-004-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| DANIEL AKERS, Warden, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Respondent. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

Robert Castle has filed a motion seeking additional time to file objections to United States Magistrate Judge Matthew A. Stinnett's Recommended Disposition, issued August 18, 2023.  [Record No. 22] Pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure, Castle was required to file any objections within fourteen days of being served with a copy of the Recommended Disposition, lest he waive his right to review.  Castle concedes that his objections were due by September 1, 2023, but reports that his access to legal resources and assistance from inmate legal aide made a timely objection untenable.

Had Castle filed a timely written objection to the Recommended Disposition, his specific objections would be subject to *de novo* review.  Fed. R. Civ. P. 72(b)(3).  Despite Castle never filing objections, the undersigned conducted a *de novo* review—the result of which was a Memorandum Opinion and Order dismissing Castle's claims on September 14, 2023.  [Record No. 19]  As such, Castle has already received the *de novo* review to which he would have been entitled had his objection to the Recommended Disposition been timely.

Accordingly, it is hereby

- 1 -

**ORDERED** Petitioner Castle's motion [Record No. 22] is **DENIED**.

Dated: September 22, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky