UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| ROBERT CASTLE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 23-004-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| DANIEL AKERS, Warden, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Petitioner Robert Castle has filed a motion for leave to appeal *in forma pauperis*. [Record No. 28] He identifies the issues he wishes to raise on appeal and attests, under penalty of perjury, that he has no money or assets. Further, Castle submits a prisoner trust fund account verification signed January 4, 2023, which provides his account activity from July 2022 through December 2022. [Record No. 29] Petitioner Castle, however, has not provided the Court with a verified accounting of his present balance or transaction history over the most recent six-month period.

The fee for docketing a case on appeal in the United States Court of Appeals for the Sith Circuit is $505.00. *See* 28 U.S.C. §§ 1913, 1917. Title 28 U.S.C. § 1915(b) provides that, when a prisoner cannot afford to *prepay* the applicable filing fee, he still will be required to pay the full amount of the fee. The statute states that:

> [t]he court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—
> (A) the average monthly deposits to the prisoner's account; or
> (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

- 2 -

(2) After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

Castle has not provided the Court with a prisoner trust fund account statement indicating a current balance or a certificate of inmate accounts for the most recent six-month period. Without this information, the Court is unable to assess his need to appeal *in forma pauperis*. Accordingly, it is hereby

**ORDERED** as follows:

1. Petitioner Castle's motion for leave to appeal *in forma pauperis* [Record No 28] is **DENIED**, without prejudice. The petitioner may submit a renewed motion to appeal *in forma pauperis* accompanied by a prisoner trust fund account statement and certificate of inmate accounts for the most recent six-month period.

2. The Clerk of the Court is directed to forward a copy of this Order to the Clerk of the United States Court of Appeals for the Sixth Circuit.

Dated: October 25, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky