UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| ROBERT CASTLE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 23-004-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| DANIEL AKERS, Warden, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Petitioner Robert Castle's motion for leave to appeal *in forma pauperis* was denied, without prejudice, on October 25, 2023, because he failed to include a recent prisoner trust fund account statement or certificate of inmate accounts for the most recent six-month period. [Record No. 30]  The Order denying Petitioner Castle's motion advised that he was free to file a renewed motion to appeal *in forma pauperis* once it could be accompanied by the requisite supporting documentation.  Shortly after the Order was filed, the Clerk filed the Petitioner's Amended Notice of Appeal and an updated Certificate of Inmate Accounts.  [Record Nos. 32, 33].  The Certificate of Inmate Accounts states that Castle's average balance over the last six months has been $286.43 -- the same amount as the average monthly deposits made into his account.  [Record No. 33].

Although Castle has not yet filed a renewed motion to appeal *in forma pauperis*, the undersigned is satisfied with the supporting documentation he has provided.  In recognizing that a document filed *pro se* is "to be liberally construed," the undersigned will exercise judicial discretion and recognize the explanatory letter accompanying Petitioner Castle's supporting

documentation as his renewed motion to appeal *in forma pauperis*. *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976); [Record No. 33-1].

Castle has identified the issues he wishes to raise on appeal and has provided the Court with a Certificate of Inmate Accounts, notarized and dated October 17, 2023, verifying that the six-month average balance in his inmate accounts is $286.43. [Record No. 33] He has also provided a monthly income statement for the most recent six-month period, which demonstrates that his monthly average income and monthly average balance are the same.

The fee for docketing a case on appeal in the United States Court of Appeals for the Sixth Circuit is $505.00. *See* 28 U.S.C. §§ 1913, 1917. Title 28 U.S.C. § 1915(b) provides that, when a prisoner cannot afford to *prepay* the applicable filing fee, he still will be required to pay the full amount of the fee. The statute states that

> [t]he court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—
> (A) the average monthly deposits to the prisoner's account; or
> (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.
>
> (2) After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

Petitioner Castle will be required to pay an initial partial filing fee of $57.28. He ultimately will be required to pay the full amount of the filing fee in installments as required under § 1915(b)(1). Accordingly, it is hereby

**ORDERED** as follows:

1. Petitioner Castle's renewed motion for leave to appeal *in forma pauperis*, docketed as an attachment to a Certificate of Inmate Accounts [Record No 33], is **GRANTED**.

2. The Clerk of the Court is directed to open an account in Petitioner Castle's name for receipt of the appellate filing fee. The Clerk is directed to complete a Notice of Payment Form (EDKY 525) with (a) Petitioner Castle's name, (b) his inmate registration number, and (c) this case number. The Clerk is directed to serve a copy of this Order and the Notice of Payment Form upon the Jailer/Warden of the institution on which Petitioner Castle is currently confined and to the Clerk of the United States Court of Appeals for the Sixth Circuit.

3. Each month, Petitioner Castle's custodian is directed to send the Clerk of the Court payment in an amount equal to 20% of Petitioner Castle's income for the preceding month out of his inmate trust fund account, but only if the amount in the account exceeds $10.00. The custodian shall continue such monthly payments until the entire $505.00 filing fee is paid.

4. The Clerk of the Court is directed to send a copy of this Order to the Clerk of the United States Court of Appeals for the Sixth Circuit.

Dated: October 26, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky